UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  CASE NO. 13-10573-BKC-RAM

Roland Marichal
SSN: xxx-xx-7512

_____Debtor_____/

> **ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER SERVICE OF THIS MOTION SHALL, PURSUANT TO ADMINISTRATIVE ORDER 2013-1, BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION.**

### MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH (LENDER)

The above-referenced Debtor requests the Court enter an Order approving The Loss Mitigation Agreement with  Ocwen Loan Servicing, LLC  ("Lender") and states as follows:

1. The Court referred this matter to Loss Mitigation Mediation ("LMM") (ECF # 29 ) on  07/24/2013 .

2. The final LMM conference was held on  October 24, 2013 .

3. The LMM Mediator filed a Final Report of Loss Mitigation Mediator (ECF# 44 ) on  11/14/2013  reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this

case.

**[For chapter 13 cases only]:**

6. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13 plan on or before __12/01/2013__ to provide for the payment.

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

9. The trustee shall disburse three trial/interim payments to the Lender prior to the trustee's customary disbursements as follows:

   a. 1st payment:  $2,389.58 by 12/01/2013

   b. 2nd payment:  $2,389.58 by 01/01/2014

   c. 3rd payment:  $2,389.58 by 02/01/2014

**WHEREFORE, the** Debtor requests the Motion to Approve Loss Mitigation Agreement with __Ocwen Loan Servicing, LLC__ ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below and in the manner indicated on November 14, 2013.

**The following entities were served by electronic transmission:**

Nancy K. Neidich, Trustee

**The following entities were served by First Class mail on November 14, 2013.**

Ocwen Loan Servicing, LLC.
Attn: William C Erbey, Chairman & CEO
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Certified Mail#70112000000224457764

Corporation Service Company
Reg. Agent for Ocwen Loan Servicing LLC.
1201 Hays Street
Tallahassee, FL 32301
Certified Mail #70112000000224457771

**Law Offices of Patrick L. Cordero, P.A.**
Counsel for the Debtor(s)
198 N.W. 37th Avenue
Miami, FL 33125
(305) 445-4855
(305) 445-9483 (Fax)

__/s (Electronic Transmission)
PATRICK L. CORDERO, ESQUIRE
FL BAR NO. 801992

Copies to:

Robin R. Weiner, Mediator; impartialmediator@gmail.com

P.O. Box 24737
West Palm Beach, Florida 33416-4737
OCWEN
(Do not send correspondence or payments to the above address.)

Case 13-10573-RAM    Doc 46    Filed 11/14/13    Page 4 of 9    WWW.OCWEN.COM

10/24/2013

Rolando Marichal
15032 Sw 146th St
Miami, FL 33196

Loan Number:          7130873479
Property Address:     15032 Sw 146th St Miami, FL 33196

## PROPOSED MODIFICATION AGREEMENT

Dear Borrower(s):

Enclosed please find a proposed modification agreement (the "Agreement") on your loan referenced above for your review and consideration.

In order to accept this modification on your loan, you must complete ALL of the following steps **on or before** 11/15/2013, ("Due Date"):

1. **SIGN** the bottom of the Agreement on the line(s) for the Borrower(s):

2. **FAX** the fully executed Agreement to:               Attention: Home Retention Department
                                                          (407) 737-5693

3. **PAY** the full initial payment in the amount of:     $2,389.58
                                                          [See Payment Instructions Attached]

4. **NEW MONTHLY PAYMENT:**
   Principal and Interest Payment:                        $1,219.30
   Escrow Payment:                                        $1,170.28
   Total (which may or may not include escrow):           $2,389.58
                                                          starting on 12/1/2013..

5. **SEND** proof of insurance coverage*                  Attention: Escrow Department
   (Send proof of insurance ONLY to Escrow                Fax: (888) 882-1816
   Dept. DO NOT include the Agreement.)                   E-mail:updateinsuranceinfo@ocwen.com

*  Proof of insurance and the Agreement must be sent separately to the correct departments using the fax numbers provided above. Failure to send proof of insurance coverage before the Due Date will constitute acceptance of a force placed policy and agreement to pay the costs of such force placed policy, so long as all other items are complete.

Time is of the essence on this offer. If ALL of the items above are not completed by the Due Date, the Agreement shall have no force or effect and any down payment received will be returned to you. Please be advised that Ocwen Loan Servicing, LLC will not delay, postpone or otherwise stop any collection efforts until ALL of the steps above have been completed.

If you have any questions or require additional information, please contact Customer Care Center directly at (800) 746-2936.

Sincerely,

Ocwen Loan Servicing, LLC

7130873479
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.
Page 1 of Page 5

611606
NMLS # 1852



P.O. Box 24737
West Palm Beach, Florida 33416-4737 WWW.OCWEN.COM
OCWEN
*(Do not send correspondence or payments to the above address.)*

## PAYMENT REMITTANCE INFORMATION

1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always <u>include your loan number</u> with your payment.
3. The down payment must be in the form of <u>certified funds</u>.

### <u>OVERNIGHT DELIVERY (Money Order & Certified Checks Only)</u>
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

**MONEY GRAM**
RECEIVER CODE: 2355
PAYABLE TO: OCWEN LOAN SERVICING, LLC
CITY: ORLANDO
STATE: FLORIDA
REFERENCE: LOAN # 7130873479
AGENT LOCATER: (800) 926-9400

**BY WUQC**
Code City: Ocwen
State: FL
Reference: Loan # 7130873479
Attn: Home Retention Department

**BANK WIRE**
BANK: Wells Fargo Bank, NA
ABA: 121000248
ACCOUNT NAME: Ocwen Loan Servicing, LLC In Trust for Various Investors and Mortgagors
ACCOUNT NUMBER: 4124823352
REFERENCE: Loan Number, Property Address, and Borrower Name.
Email: Transferfunds@ocwen.com with the details of the wire.

## LOAN MODIFICATION AGREEMENT

Ocwen Loan Servicing, LLC ("Ocwen") is offering you this Loan Modification Agreement ("Agreement"), dated 10/24/2013, which modifies the terms of your home loan obligations as described in detail below:

A. the Mortgage, Deed of Trust, or Security Deed (the "Mortgage"), dated and recorded in the public records of Miami-Dade County, and

B. the Note, of the same date and secured by the Mortgage, which covers the real and personal property described in the Mortgage and defined therein as the "Property", located at 15032 Sw 146th St Miami, FL 33196.

Pursuant to our mutual agreement to modify your Note and Mortgage and in consideration of the promises, conditions, and terms set forth below, the parties agree as follows:

1. In order for the terms of this modification to become effective, you promise to make an initial payment of $2,389.58 on or before 11/15/2013 and two (2) equal monthly payments of principal and interest in the amount of $1,219.30 to Ocwen ("Trial Period") beginning on 12/1/2013, and thereafter due on the same day of each succeeding month.

2. You agree that, at the end of the Trial Period, the new principal balance due under your modified Note and the Mortgage will be $357,629.34. Upon modification, your Note will become current and will not be in default.

3. Any payments due for taxes or insurance will be your responsibility in addition to the payments of principal and interest required under the terms of this modification. If this loan is currently escrowed, Ocwen will continue to collect the required escrow amounts with your monthly principal and interest payment.

4. If you successfully complete the Trial Period, your loan will automatically be modified pursuant to the terms of this Agreement (the "Modification"). However, if you fail to send any full payment on or before the respective due date during the Trial Period, the Trial Period will immediately terminate and the Modification offer will be null and void. Acceptance and application of late payments during the Trial Period does not waive Ocwen's right to terminate the Trial Period, nullify the Modification, or resume foreclosure or other activities related to the delinquency of the loan under its original terms.

5. You promise to make payments of principal and interest on the same day of each succeeding month until 9/1/2037, at which time

7130873479

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

Page 2 of Page 5

611606
NMLS # 1852

a final balloon payment in an amount equal to all remaining amounts under the Note and Modification will be due.

6. Upon Modification, the new amount payable under your Note and the Mortgage will be increased to the total amount of debt owed on your loan.

7. Upon Modification, the annual rate of interest charged on the unpaid principal balance of your loan will be 2.00020%. This rate will remain in effect until 1/1/2019 and beginning with your first payment after the Trial Period expiration. At the end of this period your rate will be 4.50000% and will remain fixed until the maturity of your loan.

8. If you sell your property, refinance, or otherwise payoff your loan during the 12 months following the date of Modification, the Modification will be voidable at the sole option of Ocwen and all amounts owed under the obligations existing prior to the Modification will be due and owing.

9. You will comply with all other covenants, agreements, and requirements of your Mortgage, including without limitation, the covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that you are obligated to make under the Mortgage, except as otherwise provided herein.

10. You understand and agree that:

    (a) All the rights and remedies, stipulations, and conditions contained in your Mortgage relating to default in the making of payments under the Mortgage will also apply to default in the making of the modified payments hereunder.

    (b) All covenants, agreements, stipulations, and conditions in your Note and Mortgage will remain in full force and effect, except as herein modified, and none of the your obligations or liabilities under your Note and Mortgage will be diminished or released by any provisions hereof, nor will this Agreement in any way impair, diminish, or affect any of Ocwen's rights under or remedies on your Note and Mortgage, whether such rights or remedies arise there under or by operation of law. Also, all rights of recourse to which Ocwen is presently entitled against any property or any other persons in any way obligated for, or liable on, your Note and Mortgage are expressly reserved by Ocwen.

    (c) Any expenses incurred in connection with the servicing of your loan, but not yet charged to your account as of the date of this Agreement, may be charged to your account after the date of this Agreement.

    (d) Nothing in this Agreement will be understood or construed to be a satisfaction or release in whole or in part of your Note and Mortgage.

    (e) In the event that a foreclosure is pending, the foreclosure action will not be dismissed. However, Ocwen will take reasonable action to place it on hold pending your completion of the Trial Period. If the Trial Period is successfully completed, any pending foreclosure action will be dismissed.

    (f) During the Trial period, your loan will continue to be delinquent. As a result, late fees may be charged and credit reporting will continue pursuant to the original terms of your Note.

    (g) You agree to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Ocwen, will bind and inure to your heirs, executors, administrators, and assigns.

    (h) You understand that this agreement is legally binding and that it affects your rights. You confirm that you have had the opportunity to obtain, independent legal counsel concerning this Agreement and are signing this Agreement voluntarily and with full understanding of its contents and meaning.

    (i) Corrections and Omissions: You agree to execute such other and further documents as may be reasonably necessary to consummate the transactions contemplated herein or to perfect the liens and security interests intended to secure the payment of the loan evidenced by the Note.

_____         _____
Ocwen Loan Servicing, LLC                Rolando Marichal


By: _____         _____

7130873479

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

611606
NMLS # 1852

## BALLOON DISCLOSURE

Loan Number:            7130873479

Property Address:       15032 Sw 146th St Miami, FL 33196

The loan modification for which you have applied contains a balloon provision. This means that even if you make all payments full and on time, the loan will not be paid in full by the final payment date. A single balloon payment will be due and payable in full on 9/1/2037, provided that all payments are made in accordance with the loan terms and the interest rate does not change for the entire loan term. The balloon payment may vary depending on your payment history, and, if you have an adjustable rate mortgage, any interest rate changes that occur during the life of the loan.

Neither Ocwen Loan Servicing, LLC nor any lender to which your loan is transferred or assigned is under any obligation to finance the amount of the balloon payment. In addition, the value of the real estate securing this loan may change during the term of the loan. On the date the balloon payment becomes due, the value of the real estate may not be sufficient to secure a new loan in an amount equal to the balloon payment.

I/we have read the above disclosure and acknowledge receiving a copy by signing below.

_____            _____
Borrower Rolando Marichal              Borrower

_____            _____
Date                                   Date

7130873479

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.
Page 4 of Page 5

611606
NMLS # 1852

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:                                                              CASE NO. 13-10573-BKC-RAM

Roland Marichal
SSN: xxx-xx-7512
_____Debtor_____/

**ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION
AGREEMENT WITH (LENDER)**

This matter came before the Court upon the Debtor's Motion to Approve Loss Mitigation Agreement with __Ocwen Loan Servicing, LLC__ ("Lender").

- ☐ The Debtor filed the LMM Local Form "Certificate of No Response and Request for Entry of Order" indicating that the Lender or other interested party has failed to file a timely response or objection; **OR**

- ☐ The Debtor filed a "Certificate of Contested Matter" indicating that a timely response objecting to the motion was filed by the Lender or other interested party, and the Court held a hearing on _____.

- ☐ The Court held a hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

Page 1 of 2

LMM-LF-14 (04/01/13)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall amend/modify the last filed chapter 13 plan on or before 12/01/2013 to provide for the payment.

4. The trustee shall disburse trial/interim payments to the Lender prior to the trustee's customary disbursements as follows:

    a. 1st payment:  $2,389.58 by 12/01/2013

    b. 2nd payment:  $2,389.58 by 01/01/2014

    c. 3rd payment:  $2,389.58 by 02/01/2014

5. The trustee shall disburse any and all payments to the lender to the following address:

    Ocwen Loan Servicing, LLC
    Attn: Cashiering Department
    1661 Worthington Road, Suite 100
    West Palm Beach, FL 33409

    unless otherwise indicated by the lender.

6. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Attorney, Patrick L. Cordero, shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).